The People of the State of New York ex rel. The City of New York v. Charles H. Jansen and Others, as Members of and Constituting the Board of Assessors of the Town of Shawangunk, Ulster County, State of New York. (Taxes of 1912.) — Order of Special Term reversed and assessment of relator stricken from the roll as illegal, with ten dollars costs and disbursements to the relator, on opinion in *Matter of City of New York* v. *Deyo* (*ante*, p. 319), decided herewith. All concurred. Howard, J., not sitting.

Mary Bovar, as Administratrix, etc., of Frank J. Malbeauf, Deceased, Respondent, v. Mechanicville Electric Light and Gas Company, Appellant.— Motion denied.

Jeremiah Campbell, Respondent, v. George C. Bosson, Jr., Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Columbia-Knickerbocker Trust Company, as Trustee, Respondent, v. The New York, Auburn and Lansing Railroad Company, Appellant, Impleaded with Others, Defendants. Fitch H. Stephens and W. D. Sloane, Appellants.— Orders affirmed, with ten dollars costs and disbursements. All concurred.

Erwin A. Dunham, as Executor, etc., of Mary E. Dunham, Deceased, Respondent, v. Frank A. Sylvieus and Mary A. Sylvieus, Appellants.— Motion granted, with costs, unless within twenty days the appellant serves upon the respondent printed papers on appeal, which he may do upon payment of ten dollars costs of this motion, in which case motion is denied, without costs.

Francis Fay, Respondent, v. The City of Gloversville, Appellant.— Appeal dismissed, with ten dollars costs.

George D. Fish, Appellant, v. The Delaware, Lackawanna and Western Railroad Company, Respondent.— Motion granted, the court certifying that there are questions of law involved therein which ought to be reviewed by the Court of Appeals.

Stanley J. Fowlston, Respondent, v. Azariah J. Hathaway, Appellant.— Motion denied. Lyon, J., not sitting.

George Gratton, Respondent, v. Thomas F. Doherty, Appellant.— Judgment unanimously affirmed, with costs.

John G. Holland, Respondent, v. Charles Ricketts, Appellant.— Motion granted, and question certified as follows: Does the complaint state facts sufficient to constitute a cause of action ?

John L. Harvey, Respondent, v. Frederick F. Proctor, Appellant.— Motion denied.

Joseph W. Klee, Respondent, v. The City of Troy, Appellant.— Motion denied.

Ervin A. Keith, Respondent, v. Daniel F. Payne, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. All concurred.